# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**806**

**CA 14-01792**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

JASON P. SADOWSKI, ET AL., PLAINTIFFS,

V                                                                          ORDER

FORBES HOMES, INC., ET AL., DEFENDANTS.
---------------------------------------------
FORBES HOMES, INC., AND FORBES HOMES, INC.,
DOING BUSINESS AS FORBES-CAPRETTO HOMES,
THIRD-PARTY PLAINTIFFS-RESPONDENTS,

V

WETZEL DEVELOPMENT, LLC, THIRD-PARTY
DEFENDANT-APPELLANT.

---

KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (MAURICE L. SYKES OF COUNSEL), FOR THIRD-PARTY DEFENDANT-APPELLANT.

GOLDBERG SEGALLA LLP, BUFFALO (MICHAEL T. GLASCOTT OF COUNSEL), FOR THIRD-PARTY PLAINTIFFS-RESPONDENTS.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Donna M. Siwek, J.), entered February 18, 2014. The order and judgment granted contractual indemnification to third-party plaintiffs against third-party defendant and denied the motion of third-party defendant to set aside a directed verdict and to dismiss the third-party complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 30 and July 7, 2015,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: July 10, 2015                                     Frances E. Cafarell
                                                          Clerk of the Court